[No. 25602-9-II.  Division Two.  May 18, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. MARIO CORONEL-TRINIDAD, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 99-1-01225-6, Stephen M. Warning, J., entered February 10, 2000. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Morgan and Seinfeld, JJ.

[No. 25687-8-II.  Division Two.  May 18, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT CHARLES TURNER, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 99-1-03044-5, Terry D. Sebring, J., entered February 4, 2000. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Morgan and Seinfeld, JJ.

[No. 25785-8-II.  Division Two.  May 18, 2001.]

MICHAEL DEROSIA, *Appellant*, v. BEATRICE CHEESE, INC., *Respondent*.

Appeal from a judgment of the Superior Court for Pierce County, No. 99-2-06467-0, Marywave Van Deren, J., entered March 10, 2000. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Armstrong, C.J., and Quinn-Brintnall, J.

[No. 45046-8-I.  Division One.  May 21, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. WILLIAM R. BURCHFIELD, JR., *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 99-1-00657-1, Richard J. Thorpe, J., entered August 6, 1999. *Dismissed* by unpublished per curiam opinion.